IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYREE LAWSON** : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-1739** |
| : | |
| **TAMMY FERGUSON, ET AL.** : | |

## ORDER

This 8th day of February, 2022, it is hereby **ORDERED** that Defendants' Motion to Dismiss Amended Complaint, ECF 24, is **GRANTED,** as follows:

1. Plaintiff's First Amendment retaliation claims and Fourteenth Amendment due process claims are **DISMISSED** with prejudice.

2. Plaintiff's First and Fourteenth Amendment access-to-court claims related to his civil suits against SCI-Forest prison officials are **DISMISSED** without prejudice. The remainder of his access-to-court claims are **DISMISSED** with prejudice.

3. Plaintiff is **GRANTED** leave to file an amended complaint with respect to the access-to-courts claim limited to his ability to litigate his civil suits against SCI-Forest prison officials, within thirty (30) days of the date of this Order, in accordance with the limitations set forth in the accompanying memorandum.

Plaintiff's Motion for Leave to Amend Complaint, ECF 29, is **DENIED** as **MOOT**, as the Court has considered his proposed amended complaint in its decision. The docket shall reflect that Chambers is mailing a copy of this Order and the accompanying memorandum to Plaintiff.

       /s/ Gerald Austin McHugh
United States District Judge