IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TYREE LAWSON** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-1739** |
| | : | |
| **WAYNE HARRIGER and BRETT THORNTON** | : | |
| | : | |

**ORDER**

This 18th day of May, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint, ECF 36, is **GRANTED**. Plaintiff's Complaint is **DISMISSED** with prejudice.

    /s/ Gerald Austin McHugh
United States District Judge